**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Honorable A. Bruce Campbell**

| | |
|---|---|
| In re:<br><br>MURRAY SQUARE INVESTMENTS, LTD,<br><br>Debtor. | Case No. 11-11743-ABC<br>Chapter 11 |

**WITHDRAWAL OF LIMITED OBJECTION TO DEBTOR'S MOTION TO APPROVE SALE OF PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES TO WAL-MART REAL ESTATE BUSINESS TRUST**

Wells Fargo Bank, N.A. (f/k/a Wells Fargo Bank Minnesota, N.A.), as Trustee for the registered holders of COMM 2000-C1 Commercial Mortgage Pass-Through Certificates, by and through CWCapital Asset Management LLC, solely in its capacity as Special Servicer for the Beneficiary (the "Lender"), hereby withdraws its Limited Objection (the "Objection") to the Motion to Approve Sale of Property Free and Clear of Liens, Claims and Encumbrances to Wal-Mart Real Estate Business Trust (the "Motion") filed by Murray Square Investments, Ltd. ("Debtor"), and states as follows:

1.  Lender and Debtor have agreed to a form of order to be presented to the Court which satisfies the issues raised by Lender in the Objection.

2.  Upon entry of the agreed form of order, or an order in a form otherwise acceptable to Lender, Lender withdraws its Objection.

///

| | |
|---|---|
| Dated: August 8, 2011 | **PERKINS COIE** LLP |
| | By: /s/ *Brian A. Jennings* |
| | Brian A. Jennings (pro hac vice) |
| | 1201 Third Avenue, 48th Floor |
| | Seattle, Washington 98101 |
| | Email: BJennings@perkinscoie.com |
| | Telephone: 206-359-3679 |
| | Facsimile: 206-359-4679 |
| | |
| | and |
| | |
| | Craig M.J. Allely, (Reg. # 17546) |
| | L. Norton Cutler (Reg. # 34357) |
| | 1900 Sixteenth Street, Suite 1400 |
| | Denver, Colorado 80202-5255 |
| | Email: CAllely@perkinscoie.com |
| | Email: NCutler@perkinscoie.com |
| | Telephone: 303.291.2300 |
| | Facsimile: 303.291.2400 |
| | |
| | Attorneys for Wells Fargo Bank, N.A. (f/k/a Wells Fargo Bank Minnesota, N.A.), as Trustee for the registered holders of COMM 2000-C1 Commercial Mortgage Pass-Through Certificates, by and through CWCapital Asset Management LLC, solely in its capacity as Special Servicer |